**Order filed February 16, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-15-00220-CR
01-15-00221-CR
01-15-00222-CR
_____

**GARY JAMES COX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 13-CR-0183, 13-CR-1084, 14-CR-3651

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 2 and State's Exhibit 7.

The exhibit clerk of the 122nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 2 and State's Exhibit 7, on or before February 19, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2 and State's Exhibit 7, to the clerk of the 122nd District Court.

PER CURIAM